# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 74918-8-I |
| Respondent, | ) ) ) | DIVISION ONE |
| v. | ) ) | |
| KEVIN SCOTT SPAULDING, | ) ) | UNPUBLISHED OPINION |
| Appellant. | ) ) ) | FILED:     APR 17 2017 |

PER CURIAM. — Kevin Spaulding appeals from his conviction for possession of burglary tools. RCW 9A.52.060(1). We accept the State of Washington's concession that the jury may have convicted Spaulding on the basis of an uncharged theory of the offense. Accordingly, we reverse the conviction for possession of burglary tools and remand for further proceedings.

Reversed and remanded for further proceedings.

For the Court: